UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIE GRAY,

                                   Plaintiff,

    -against-

LUTHERAN SOCIAL SERVICES OF
METROPOLITAN NEW YORK, INC.,

                                   Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 2843 (JFB)

A Memorandum and Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on July 13, 2006, granting defendant's motion for summary judgment on plaintiff's claims of race discrimination; and directing the Clerk of Court to enter judgment in favor of defendant; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted on plaintiff's claims of discrimination; and that judgment is hereby by entered in favor of defendant.

Dated: Brooklyn, New York
        July 18, 2006

                                                           ROBERT C. HEINEMANN
                                                           Clerk of Court